HELEN B. RICE, Respondent, v. ERNEST C. RICE, Appellant.— Defendant has appealed from an order of the Rensselaer Special Term of the Supreme Court awarding alimony to his wife pending the determination of an action for separation which she instituted against him. Defendant alleges that plaintiff has failed to show reasonable prospect of success in her action and that hence temporary alimony should be denied. It is also claimed by him that the amount awarded is excessive. In view of defendant's earnings we think the Special Term was justified in the allowance which it made. The record before us indicates that the wife has a meritorius cause of action. Order unanimously affirmed, with $10 costs and disbursements. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

SAMUEL KRONENBERG et al., Respondents, v. SULLIVAN COUNTY STEAM LAUNDRY COMPANY, INC., et al., Appellants.— Motion for an order resettling a decision heretofore made by this court so as to include a provision to the effect that the decision is without prejudice to the right of the defendants to interpose as defenses in their answers the same facts relied upon by them in their original motions to dismiss the complaint under rules 106 and 107 of the Rules of Civil Practice, or that an original order to the same effect be made, denied, with $10 costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See 277 App. Div. 916.]